IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

David D. Wilbon, etal     )
        Plaintiff,     )
vs.     )
    )  Case No.     12 C 1132
City of Chicago, et al.,     )
    )
        Defendants.     )

## NOTICE OF DEPOSITION

To: Irene Dymkar
    300 West Adams
    Suite 330
    Chicago, IL 60606

    **YOU ARE HEREBY NOTIFIED** that pursuant to the rules of Civil Procedure for the United States District Court for the Northern District of Illinois, Eastern Division, the undersigned appearance for the following persons at **201 Wilshire Blvd. 2nd Floor, Santa Monica, CA 90401**, on the date and time indicated:

| Deponent | Date | Time |
| --- | --- | --- |
| Keith Thornton | June 10, 2013 | 12:00 p.m. 10:00 a.m PST |

    **I CERTIFY** that I mailed a copy of this Notice to Counsel at the addresses indicated above.

    **DATED** at Chicago, Illinois on June 4, 2013.

Respectfully submitted,

_____
Kristin Pinkston
Assistant Corporation Counsel

30 N. LaSalle St., Suite 900, Chicago, IL 60602
(312) 744-9212