## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

DAVID D. WILBON, ET AL.,         )
          )
         Plaintiffs,     )     No. 12 C 1132
          )
         v.          )     HON. M. DAVID WEISMAN
          )
JOSEPH M. PLOVANICH, ET AL.,    )
          )
         Defendants.    )

## <u>DEFENDANTS' REVISED SUMMARY OF PRODUCED OEMC AUDIO</u>

Defendants City of Chicago, Joseph M. Plovanich, Bjornn Milan, Kevin A. Graney, Robert Mangan, Michael T. Karczewski, Sarah McDermott, Noel Esquivel, Antonio J. Valentin, Mark A. Kushiner, Jorge Cerda, Armando, Silva, Jr., Rafael S. Garcia, and J.J. Gorzowski (collectively "Defendants"), by and through their attorneys, Mark D. Winistorfer and Kristin M. Pinkston, submit the below Defendants' revised summary of produced OEMC audio detailing any discrepancies between the audio that was originally submitted and the newly produced audio as well as the certified court reported transcript produced on January 26, 2017 that is highlighted to illustrate the specific designations Defendants seek to offer into evidence. This marked transcript is attached as Exhibit A.

To be clear, the audio previously produced during the discovery period of this civil matter is included in the "newly produced" audio. The previously produced audio was never transcribed by a certified court reporter. For this reason only, Defendants use the "newly produced" audio court reported transcript for the purpose of precisely designating the audio portions they wish to offer into evidence. The summary below is just that: a summary and is not meant to be an official and complete transcription. Defendants include both the summary as

well as the marked court-reported transcript in an effort to clearly show Defendants are seeking to offer only audio portions previously produced during the discovery of this civil matter.

Dated: May 22, 2017

Respectfully submitted,

/s/ Mark D. Winistorfer
Mark D. Winistorfer
Assistant Corporation Counsel
City of Chicago, Department of Law
30 N. LaSalle St., Suite 900
Chicago, IL 60602
T: (312) 744-6905
mark.winistorfer2@cityofchicago.org

/s/ Kristin M. Pinkston
Kristin M. Pinkston
Senior Counsel
City of Chicago, Department of Law
30 N. LaSalle St., Suite 900
Chicago, IL 60602
T: (312) 744-9212
kristin.pinkston@cityofchicago.org

---

Date and time of Incident: 4/10/2010 at approximately 2:00 a.m.

**Bolded and Italicized** sections denote sections to be used at trial.

Times in parentheticals indicate time on file at which audio may be found.

"Newly Produced" indicates zone audio which is the subject of Plaintiffs' Motion.

"Previously Produced" indicates zone radio produced during the applicable discovery period.

---

Catalog of Zone 12 Radio Dispatch Audio



File Name 1 (Zone 12: 4/9/2010 19:28:00 to 22:31:10) [Newly produced]

- Nothing related to 1300 block of N. Menard.
- (3:03:09 end)

1

File Name 1a (zone 12: 4/9/2010 22:28:00 to 23:28:00) [Newly produced]

- Nothing related to 1300 block of N. Menard
- (59:48 end)

File Name WAV_56C (911: 4/9/2010) [Previously Produced]: Ms. Harris calls the police regarding men outside her house with sticks and bats.

File name WAV_571 (Zone 12: 4/9/2010 23:28:00 to 23:59:00, estimated) [Previously Produced]

- (1:46) – Squad: we got anybody close to 1320 N. Menard we got a group of guys out front, residents with bats and pipes, they're trying to get someone in the house, the relatives are on scene, Ms. Harris is calling, 1320 N. Menard, anybody close? Now we're getting a person with a gun 1336 Menard two male blacks with no shirts fighting with a male in front, anybody close? (WAV_E0 - 23:36:50)
    - 14R I'll take a ride down there, I'm not close.
    - Squad: Ok 14R 10-4 anybody else close for the assist 1320 N. Menard, we're getting a person with a gun now
    - 2561D: (ack)
    - Squad: 2561D 10-4
    - Again we have 2 male blacks no shirts with guns, they're fighting a male in front
    - 2515R: put it in the box for us
    - Squad: 2515R 10-4.
- (6:14) Squad: 2341
- (7:17) Squad: 2342
- (15:24) Squad: 2514R and 15R use caution over there, they calling back saying there's a male black with dark clothing that has a gun, 1320 N. Menard
    - (unk): All right squad.
- (23:54 end)

File Name 1b (Zone 12: 4/9/2010 23:59:00 to 4/10/2010 00:45:44) [Newly produced]

- Nothing related to 1300 N. Menard
- (46:38 end)

File Name 1c (Zone 12: 4/10/2010 00:45:44 to 1:57:00) [Newly produced]

- Nothing related to 1320 N. Menard
- (1:11:16 end)

File Name WAV_57B (911) [Previously Produced]: "There are some Police getting jumped on over here at 1320 N. Menard." They are fighting the police. They have weapons.

File Name WAV_59B (911) [Previously Produced]: 911 guys are fighting and taking their shirts off throwing bottles and stuff.

2

File name WAV_597 (911: 4/10/2010) [Previously Produced]: 911 4 shots fired shooter is a male black, dreadlocks, black hoodie on a corner in a group of people Potomac and Menard.

WAV_5A5 (Zone 12: 4/10/2010 2:00 A.M. to 3:40 A.M., estimated) [Previously Produced]

- **(4:57 – 11:17); (p. 49, line 17 – 53, line 21)**
  - *2533R: 2533 Robert, we need more cars Menard.*
  - *SQUAD: All right. We need more cars. Where on Menard? All right. Where are you? Are you on the 1300 block of Menard?*
  - *2533R: We need more cars on Menard.*
  - *SQUAD: All right. 2533 Robert needs more cars on Menard. I think it's the 1300 block of Menard. 2533 Robert needs more cars.*
  - *UNKNOWN: (Unintelligible) Robert on the way.*
  - *SQUAD: Units in 25 on citywide 1300 block of North Menard, we need more cars, please. 2533 Robert is calling for more cars. This is 25th District radio, Zone 12.*
  - *2512R: 2512 Robert (unintelligible).*
  - *SQUAD: All right 2512 Robert, we got you going. Okay. We have shots fired over there units, 1300 block of Menard, also a person with a gun, gang members. 2533 Robert, that's where you're at? Are you on the 12 or1300 block? All right.*
  - *2533R: They're throwing bottles now.*
  - *SQUAD: All right, units. Everybody off the air until we get the situation secured.*
  - *19 Get some units over there at 1300 block of Menard. 2533 Robert?*
  - *2533R: 2533, we're good, but we need more cars.*
  - *SQUAD: All right. More cars needed in the 12 -- are you in the 1200 block?*
  - *2533R: (Unintelligible).*
  - *SQUAD: All right. 1300 block of North Menard, more cars. 2531 Robert.*
  - *2531R: (Unintelligible).*
  - *SQUAD: All right. 31 Robert, you guys out of the station yet?*
  - *2531R: We're en route.*
  - *SQUAD: Okay. We got the wagon coming your way also, 33 Robert. Let me know when I get some cars over there.*
  - *UNKNOWN: (Unintelligible).*
  - *SQUAD: Once again, units on citywide if you're monitoring, more cars needed 1300 block of North Menard, use caution. They're throwing bottles at police. This is 25th District radio Zone 12.*
  - *UNKNOWN: (Unintelligible). Squad, we're on scene.*
  - *SQUAD: All right. 2533 Robert, do you have units on scene with you?*
  - *2533: (Unintelligible). We're all good though. Don't get anyone killed trying to get over here.*
  - *SQUAD: Okay. 10-4. They appear to be okay at this time. Gang related 1300 block of North Menard.*
  - *2524R: We're on the block.*

3

- *SQUAD: Okay. Who's on scene with him?*
- *2524R: 24 Robert.*
- *SQUAD: Okay. 2524 Robert, we got you over there. 10-4.*
- *2533 Robert, anybody over on CB advise we're now getting a call of a 10-1, 1320 North Menard? We got any units unaccounted for?*
- *2533R: No, 10-1. Disregard.*
- *Disregard. No 10-1.*
- *SQUAD: All right. Once again, disregard, 1320 North Menard, 1320 North Menard. We do have units on the scene.*
- *UNKNOWN: Correct, we got Oak Park Police coming here too so we may have something. Ask them.*
- *2524R: 2524 Robert, we don't need a disregard. There's still a shitload of people out here. We still need some more cars but don't get anybody hurt coming here.*
- *SQUAD: All right. 10-4. We do still need some more cars 1300 block of North Menard. No 10-1 at this time. We do need more cars that way. If you're available and you're not on anything, please proceed to that way. We're also getting multiple calls of a house party letting out and shots fired. They're throwing bottles at the police. That's the 12 and 1300 block of North Menard. Proceed that way please. 25th District radio, this is Zone 12. All right. We got any tac cars still out at 2561 Boy, Charlie or David?*
- *2561A: 2561 Adam, we're over here on Menard.*
- *SQUAD: All right. 10-4. Units be advised we got civilian dressed units on the scene, 1300 block of North Menard and again let's secure the situation, please. We're still getting calls over there. All right. You guys okay on Menard?*
- *UNKNOWN: We're okay on Menard.*
- (11:17) SQUAD: Okay. It looks like we're okay on Menard for now. Okay on Menard. All right. At 22, did we hear person with a gun? 2959, 2959 North Cicero. A man called and said six gang bangers are in front of a bar. One has a gun. There's a lot of commotion. We got a couple calls, 2959 North Cicero, front of the bar.
- 2530R: 2530 Robert, (unintelligible).
- SQUAD: 30 Robert, 10-4. Anybody else for the assist, 2959 North Cicero? 21 Robert, can you take a ride on the beat?
- (13:25) UNKNOWN: We're on Potomac, west on Potomac, male black, blue T-shirt, blue jeans, black, battery to a PO. He's going northbound Monitor, blue jeans, blue T-shirt, northbound Monitor, battery to a PO.
- SQUAD: All right. Monitor and --
- UNKNOWN: Going westbound, westbound through the yard, Squad. Going west alley in
- 16 Monitor. 1320, Squad, 1320.
- SQUAD: 1511 Robert head that way. 1512 Robert head that way.
- 19 UNKNOWN: (Unintelligible).
- SQUAD: All right. PO on the scene, give us some info. Monitor and Latrobe is what we got westbound.
- 23 UNKNOWN: 1300 Mayfield going south in the gangway.

4

- o 3 UNKNOWN: (Unintelligible).
- o SQUAD: Mayfield going south from the gangway. Mayfield and what? Got a battery to a PO going westbound on Mayfield from Latrobe and Monitor. What unit is this? Give us some more info. What's your location? Unit, give us your location.
- o UNKNOWN: I'm on Mayfield, 1300 Mayfield.
- o SQUAD: 1300 block of Mayfield. Go with your info.
- o UNKNOWN: In custody.
- o SQUAD: In custody. In custody.
- o UNKNOWN: Running in the alley. (Unintelligible).
- o SQUAD: How many we looking for? You got another one. Give us a description. 1300 block of Mayfield. One in custody. We looking for anybody else to give us that description.
- o UNKNOWN: One male black they were chasing.
- o SQUAD: Just one male black. He is in custody. In custody. Slow it down 1300 block of Mayfield.
- o UNKNOWN: Do you need the wagon there?
- o SQUAD: 10 Robert, do we need the wagon? Yeah, you know what, just head that way. Might as well. 1300 Mayfield. We'll put you down.
- o UNKNOWN: (Unintelligible) but I could try to make it through.
- o SQUAD: All right. 10-4. Do your 12 best.
- o 35R: 35 Robert, Squad, I had a Taser deployment over here at Potomac and Menard.
- o SQUAD: Okay, Potomac and Menard, Taser deployment. 10-4. We'll send EMS.
- o 2510 Robert.
- o 2510R: 10 Robert, I'm on Mayfield here.
- o SQUAD: Okay. 10-4. Not sure who called us that officer need EMS for the battery.
- o 2510R: You know what, I don't even know.
- o SQUAD: Okay. 10-4. Keep us informed. So far we have one en route for the Taser.
- o 31R: 31 Robert, what beat is that?
- o SQUAD: What beat called out the foot pursuit?
- o 4514B: 4514 Boy.
- o SQUAD: Who's coming in?
- o 4514B: 14 Boy.
- o SQUAD: 4514 Boy.
- o 4514B: Mobile with my partner.
- o SQUAD: 4514 Boy other half for the mobile. 4514 Boy other half for the mobile. No answer. 4514 Boy, was that you involved in the foot pursuit? You need an EMS?
- o 4514B: (Unintelligible).
- o SQUAD: Okay. 10-4. Again, 4514 Boy other half mobile with your partner please.
- o UNKNOWN: (Unintelligible).
- o SQUAD: All static. Who's coming in?
- o 2520R: 2520 Robert.
- o SQUAD: 2520 Robert.

5

- (17:14) 2520R: Yeah, on the call Mayfield/Monitor/Menard thing, is there any officers that are injured?
- SQUAD: That is a negative. Anybody can answer. 4514 Boy, double-checking you
- 3 okay. Are you injured? 4514 Boy, you yelled out battery to a PO. Are you injured? Please give us information real quick.
- 4514B: I'm trying to find my partner. Everything seems to be okay at this time. Thank you. Let me meet up with him and see what's going on.
- SQUAD: Okay. 10-4. Negative so far 2520 Robert. They gonna -- when they catch up with each other, he's going to give us further info.
- 2520R: Okay.
- SQUAD: 10-4. So far we have EMS en route just for the Taser. 2513 Robert, 2513 Robert.
- 2513R: 2513 Robert, I'm on Menard and Potomac.
- SQUAD: Okay. 10-4.
- UNKNOWN: Squad, come in.
- SQUAD: 2535 Robert for info.
- 2535R: 2535 Robert, Squad, (unintelligible).
- SQUAD: Yeah, just the last number of your star, is it 201?
- 2535R: 8552.
- SQUAD: Okay. Got it. 10-4. Double 25 Robert. 2525 Robert, are you on Menard?
- 2525R: 25 Robert, I'm on Menard.
- SQUAD: 10-4. 21 Robert, are you on Menard?
- 2521R: I'm on Menard too.
- 2515R: 2515 Robert.
- SQUAD: 2515 Robert.
- 2515R: I'm on Menard too.
- SQUAD: Gotcha. 10-4. 1512 Robert?
- 1512R: 12 (unintelligible).
- SQUAD: 12 Robert, if you cleared from Menard, I need --
- 1512R: (Unintelligible) wagon.
- SQUAD: Okay. 10-4. I'll disregard your message.
- 2531R: 31 Robert.
- SQUAD: Who's coming in?
- 2531R: 2531 Robert, Squad. You said you had a call for a Taser deployment. Do you
- know where that officer is at right now?
- SQUAD: Yes, 2535 Robert.
- 2535R: We're at the corner of Potomac and Menard, Squad.
- UNKNOWN: You need us over there? You got a subject that's going?
- 2535R: (Unintelligible).
- ***(22:00 – 24:09); (p. 60, line 8 – p. 62, line 24) SQUAD: Units in 15 citywide we're getting a 10-1. This is a 10-1, Thomas and***
- ***10 Monitor, Monitor and Thomas. There's a male black just battered a Chicago PO. The offender is described as wearing a black shirt, blue jeans, got into a gray vehicle***

6

*passing on southbound Thomas and Monitor. Zone 12 is clear. What units are on the scene, Thomas and Monitor, for the 10-1?*

- *4514A: 4514 Adam.*
- *SQUAD: 14 Adam, is that you or are you're en route?*
- *4514A: We just got flagged down. There's somebody saying the offenders are*
- *23 across from 15th District station on Madison, we're pulling up on them. Hold on.*
- *(22:45) SQUAD: Okay. I'm going to hold you on that. 10-4. Anybody else close to Thomas and Monitor for the 10-1?*
- *UNKNOWN: Are you saying it's a 10-1 or are you saying it's the offender for the 10-1? There is a difference.*
- *(22:51) SQUAD: Nope, I called in a 10-1. 10-1, Thomas and Monitor for the 15th District.*
- *UNKNOWN: (Unintelligible).*
- *SQUAD: Unit coming in on Zone 12?*
- *(22:59) 2514: 2514, I'm on Thomas and Monitor, there's nothing here, Squad. Slow down. Nothing here in the intersection.*
- *SQUAD: All right. 10-4. Units, slow it down 15th District. Slow down on the 10-1*
- *16 that came in as a call. Slow it down Thomas and Monitor. Nothing's on scene. Zone 12 is clear.*
- *UNKNOWN: (Unintelligible).*
- *(23:20) SQUAD: Yes, it's a caller. We didn't make this up. It's a call that came in, Thomas*
- *22 and Monitor.*
- *UNKNOWN: Who called? Where did the call come from?*
- *SQUAD: Anonymous.*
- *UNKNOWN: Try 14 Adam.*
- *SQUAD: 2514 Adam.*
- *(23:29) UNKNOWN: Looks like my guys said he followed these guys from over there. We got two carloads of guys. If you got another car, stop over here. We're right across from the 15th District station.*
- *(23:43) SQUAD: Get a car close across from the 15th District station to assist Adam.*
- *UNKNOWN: We're going to our car and we'll come up.*
- *SQUAD: 10-4. Thanks.*
- *23R: 23 Robert, we'll check that out, Squad.*
- *SQUAD: 23 Robert, 10-4.*
- *12R: 12 Robert.*
- *SQUAD: 12 Robert.*
- *12R: We're taking one in to 25.*
- *(24:09) SQUAD: All right. 10-4. The time is 2:24. Per the boss here, he checked out the 10-1. It came from a burnout cell phone at Thomas and Monitor.*
- 24R: 24 Robert.
- SQUAD: 24 Robert.

- o 24R: We're clear. I'm on my way to Fernand and Tripp. This car is acting up, this Tahoe, so I hope I make it. It's got gas. I don't know what the problem is.
- o SQUAD: Okay. 10-4. We'll hold you down. If not, let us know.
- o UNKNOWN: (Unintelligible).
- o SQUAD: All right. We got a robbery in 15, 5046 West Jackson, a couple calls. Caller was robbed at gunpoint at Jackson and Cicero. Offender was driving a '99 white Aurora plated 14 King 142353, two male blacks, a female black took a wallet, phone and fled in the other direction. 5046 West Jackson. Okay. Complainant called a second time, 5046 West Jackson. He's stating that his car was also taken. Anybody seen a '99 white Aurora, put a stop on it. Two male blacks, one 21 female black offender again took the car. The complainant is Christopher at 5046 West Jackson. And they are armed, use caution.
- o UNKNOWN: What's the plate number?
- o SQUAD: The plate was King 142353, King 142353, '99 white Aurora.
- o ***(28:15); (p. 64 line 3 – p. 65, line 10)***
- o ***1501: 1501.***
- o ***SQUAD: 1501.***
- o ***1501: Squad, that citizen that called from Thomas regarding the battery towards the police?***
- o ***SQUAD: 10-4. What you got?***
- o ***1501: He's in the station. Can you have someone come in here? I just took his information.***
- o ***SQUAD: Okay. We have a backlog. We don't have anybody right now. Can you handle 14 it?***
- o ***4514A: 4514 Adam.***
- o ***SQUAD: 4514 Adam.***
- o ***(30:24) 4514A: Yeah, that big mess over on the 18 1300 block, I don't know, what was that, Monitor, I-mobile with any of the officers involved in that. Did anybody get hit by bottles? I heard somebody was saying that they were throwing bottle over there.***
   ***SQUAD: Anybody get hit with bottles on 24 1300 block of North Menard?***
- o ***10R: 10 Robert.***
- o ***SQUAD: Go ahead, 10 Robert.***
- o ***10R: There was no battery to a PO.***
- o ***SQUAD: Okay. All right. 10-4. That is a negative. Nobody's injured.***
- o ***4514A: Because I had heard somebody saying they were throwing bottles at the police.***
- o ***SQUAD: 10-4. Yeah, we heard that too, but nobody got hit.***
- o 4514A: Is anybody outstanding from that incident?
- o SQUAD: Is anybody outstanding? We have anything further from Menard? Okay. So far that's a negative.
- o 1533R: 1533 Robert.
- o SQUAD: 33 Robert.
- o 1533R: Can I get an RD for our 99 B?

- SQUAD: 33 Robert, 10-4. 250231, 250231, event 01716, 01716.
- 35R: 35 Robert.
- SQUAD: 35 Robert.
- 35R: To the station with one, I believe the wagon. I'm not sure what beat they are. They're going to be taking it in for me.
- SQUAD: Okay. 31 Robert going in too. 10-4.
- 31R: 31 Robert, on our way.
- (32:20) SQUAD: 10-4. And 31 Robert, the time  is 2:32.
- 2510R: 2510 Robert. S
- SQUAD: 2510 Robert.
- 2510R: Yeah, can I mobile with 2561 Adam I believe it is?
- SQUAD: 2561 Adam for the mobile.
- 61A: 61 Adam.
- 2510R: Tom, where are you guys?
- 61A: Repeat.
- 2510R: Where are you guys?
- 61A: At the station.
- 2510R: All right. I'm gonna call you.
- UNKNOWN: (Unintelligible).
- SQUAD: What unit coming in?
- 2599: 2599.
- SQUAD: 2599.
- 2599: What unit instituted that foot 23 chase over there on Menard?
- SQUAD: We got 4514 Adam we believe.
- UNKNOWN: It was 4514 Boy.
- SQUAD: Sorry, 4514 Boy.
- 1590R: 1590 Robert.
- SQUAD: 1590 Robert.
- 1590R: That job 12 North Lemont, there is nobody out here. No one is making noise. Why don't you make that a 5 Boy unless you have a complainant who wants to talk to me?
- SQUAD: 10-4. We'll code it.
- 4480: 4480.
- SQUAD: Unit coming in?
- 4480: 4480.
- SQUAD: 4480.
- 4480: Can I get an event number for an attempt to search at 5049 West Washington, apartment 1A.
- (35:29) SQUAD: 10-4. The time is 2:35 and your event 02221, 02221.
- 4490: All right. Thank you.
- SQUAD: 10-4. You're welcome.
- 2511 Robert for info.

- 2511R: 2511 Robert.
- SQUAD: 11 Robert, you're on Menard?
- 2511R: We cleared from Menard.
- (36:21) SQUAD: 10-4. All right. Units, we're still showing you guys on Menard. We're getting shots fired and a battery in progress, 1320, 1320 North Menard. People are back out fighting. Male came back on foot and they're shooting. Anybody still on Menard? We got any units still on Menard?
- 32R: 32 Robert, we're heading there.
- SQUAD: 32 Robert. 10-4.
- 2515R: 2515 Robert going back.
- SQUAD: 15 Robert, you're going back.
- 10-4. 2512 Robert, what's your status?
- 2512R: 12 Robert, I'm clear.
- (37:00) SQUAD: Okay. 10-4. 2521 Robert, what's your status?
- 2521R: 21 Robert.
- SQUAD: 21 Robert, what's your status?
- 2521R: Clear.
- SQUAD: All right. 2524 Robert, what's your status?
- 2524R: Clear. We need a person in the station though.
- SQUAD: Okay. 10-4. Double 25 Robert, what's your status?
- 2525R: Back to Menard.
- SQUAD: Back to Menard. 10-4.
- 1599R: 1599.
- SQUAD: 1599.
- 1599R: Let the station know there's 13 about three running towards them. They'll be coming inside all excited.
- SQUAD: All right. 1501, heads up, you got three running into the station for a 99.
- UNKNOWN: (Unintelligible).
- (38:39) SQUAD: All right. Use caution for Menard. People are shooting at the complainant's house, 1320 North Menard. Use caution. Subjects are on foot. We have no description. Calls are still coming in. They're breaking the windows as well. Groups standing around the house, 1320 Menard.
- 2532R: 2532 Robert.
- SQUAD: 32 Robert, go.
- 2532R: We're talking to somebody who says they've been out here for a minute. He says he hasn't heard shots fired.
- SQUAD: All right. 10-4. Let us know what's going on because calls are still coming in.
- 1590R: 1590 Robert.
- SQUAD: 1590 Robert.
- 1590R: At North Lockwood, you could also make that a 5 Boy, nobody out here, no noise, no problem.
- SQUAD: 10-4. Thank you.

- 4480: 4480.
- SQUAD: 4480.
- 4480: Say that number again, Squad. I'm sorry.
- SQUAD: Yes, that would be event 02221, 02221.
- 4480: All right. Thanks.
- SQUAD: 10-4. You're welcome. 2532 Robert, use caution. Calls are still 24 coming in. They're breaking the windows, 1320 Menard. If you have anything further, go with it.
- 2532R: 32 Robert, there's a whole bunch of us out here right now and it doesn't seem like there's any crowding. Everybody is dispersing. We don't hear any shots fired or glass breaking, so just give it a slowdown for right now. I'll let you know if anything transpires.
- SQUAD: 10-4. Well, she's calling from the residence on a landline. Slow 'er down, 320 North Menard, slow 'er down. She just called again.
- [The following is taken from the original summary as the transcript was not prepared based on audio from this portion of the previously produced OEMC audio, what follows is the original summary]:
- (59:13): 2561A: Can I get an RD for a 0460 from a 1300 N. Potomac please?
- Squad: You want on a different event or the same event?
- 2651A: That whole thing on Menard there, somewhat related.
- Squad: What's the UCR you're going to use?
- 2561A: 0460
- Squad: HS250265, 250265, on event 01782
- (1:01:24): Squad: you know what 2532R they keep calling right back again on Menard, 1320 N. Menard person with a gun. . .
- 2532R: 10-4
- Squad: Now we're getting shots fired, they, acting all up again.
- Squad: Again 4 shots fired now shooter is a male black, dreadlocks, black hoodie on a corner in a group of people Potomac and Menard
- 2531R: Are we getting multiple calls
- Squad: 10-4 we got like 5 already.
- 31R: want us to hit that one first?
- Squad: 31R, you want to hit that one first, I can put you on it.
- (1:04:26): 31R: is there any descriptions on these tickets, anything consistent?
- Squad: the only description that we got was the male black with dreadlocks wearing a black hoodie, standing on the corner with a group of people.
- Squad: And they still calling in
- 2532R: ok, uh, I got a guy with dreads here, its kind of quiet over here and we got 31 on scene, nobody get hurt coming over here.
- Squad: 10-4 slow it down again, 1320 N. Menard, slow it down one more time.
- (1:15:04): 1523R: Squad
- Squad: 1523R
- 1523R: Just so you know Squad, we're in 15 from the stuff going on in front of the station and we haven't gotten to that missing, don't know if you're going to either.

11

- o (1:29:56): Squad time is 3:30 am
- o (1:39:48 end)

File name 1cc (Zone 12 4/10/2010 1:58:22 to 02:58:00) [Newly produced]

- o (6:37) 2533R: 2533 Robert, we need more cars Menard.
- o SQUAD: All right. We need more cars. Where on Menard? All right. Where are you? Are you on the 1300 block of Menard?
- o (6:50) 2533R: We need more cars on Menard.
- o SQUAD: All right. 2533 Robert needs more cars on Menard. I think it's the
- o 1300 block of Menard. 2533 Robert needs more cars.
- o UNKNOWN: (Unintelligible) Robert on the way.
- o (7:07) SQUAD: Units in 25 on citywide 1300 block of North Menard, we need more cars, please. 2533 Robert is calling for more cars. This is 25th District radio, Zone 12.
- o 2512R: 2512 Robert (unintelligible).
- o (7:20) SQUAD: All right. 2512 Robert, we got you going. Okay. We have shots fired over there units, 1300 block of Menard, also a person with a gun, gang members. 2533 Robert, that's where you're at? Are you on the 12 or1300 block? All right.
- o (7:34) 2533R: They're throwing bottles now.
- o (7:37) SQUAD: All right, units. Everybody off the air until we get the situation secured. Get some units over there at 1300 block of Menard. 2533 Robert?
- o 2533R: 2533, we're good, but we need more cars.
- o SQUAD: All right. More cars needed in the 12 -- are you in the 1200 block?
- o 2533R: (Unintelligible).
- o SQUAD: All right. 1300 block of North Menard, more cars. 2531 Robert.
- o 2531R: (Unintelligible).
- o SQUAD: All right. 31 Robert, you guys out of the station yet?
- o 2531R: We're en route.
- o SQUAD: Okay. We got the wagon coming your way also, 33 Robert. Let me know when I get some cars over there.
- o UNKNOWN: (Unintelligible).
- o (8:26) SQUAD: Once again, units on citywide if you're monitoring, more cars needed 1300 block of North Menard, use caution. They're throwing bottles at police. This is 25th District radio Zone 12.
- o (8:38) UNKNOWN: (Unintelligible). Squad, we're on scene.
- o SQUAD: All right. 2533 Robert, do you have units on scene with you?
- o 2533: (Unintelligible). We're all good though. Don't get anyone killed trying to get over here.
- o (9:00) SQUAD: Okay. 10-4. They appear to be okay at this time. Gang related 1300 block of North Menard.
- o 2524R: We're on the block.
- o SQUAD: Okay. Who's on scene with him?

12

- 2524R: 24 Robert.
- SQUAD: Okay. 2524 Robert, we got you over there. 10-4.
- 2533 Robert, anybody over on CB advise we're now getting a call of a 10-1, 1320 North Menard? We got any units unaccounted for?
- 2533R: No, 10-1. Disregard.
- Disregard. No 10-1.
- SQUAD: All right. Once again, disregard, 1320 North Menard, 1320 North Menard. We do have units on the scene.
- UNKNOWN: Correct, we got Oak Park Police coming here too so we may have something. Ask them.
- (9:57) 2524R: 2524 Robert, we don't need a disregard. There's still a shitload of people out here. We still need some more cars but don't get anybody hurt coming here.
- SQUAD: All right. 10-4. We do still need some more cars 1300 block of North Menard. No 10-1 at this time. We do need more cars that way. If you're available and you're not on anything, please proceed to that way. We're also getting multiple calls of a house party letting out and shots fired. They're throwing bottles at the police. That's the 12 and 1300 block of North Menard. Proceed that way please. 25th District radio, this is Zone 12. All right. (10:34) We got any tac cars still out at 2561 Boy, Charlie or David?
- 2561A: 2561 Adam, we're over here on Menard.
- SQUAD: All right. 10-4. Units be advised we got civilian dressed units on the scene, 1300 block of North Menard and again let's secure the situation, please. We're still getting calls over there. All right. You guys okay on Menard?
- UNKNOWN: We're okay on Menard.
- (11:17) SQUAD: Okay. It looks like we're okay on Menard for now. Okay on Menard. All right. At 22, did we hear person with a gun? 2959, 2959 North Cicero. A man called and said six gang bangers are in front of a bar. One has a gun. There's a lot of commotion. We got a couple calls, 2959 North Cicero, front of the bar.
- 2530R: 2530 Robert, (unintelligible).
- SQUAD: 30 Robert, 10-4. Anybody else for the assist, 2959 North Cicero? 21 Robert, can you take a ride on the beat?
- (13:25) UNKNOWN: We're on Potomac, west on Potomac, male black, blue T-shirt, blue jeans, black, battery to a PO. He's going northbound Monitor, blue jeans, blue T-shirt, northbound Monitor, battery to a PO.
- SQUAD: All right. Monitor and --
- UNKNOWN: Going westbound, westbound through the yard, Squad. Going west alley in
- 16 Monitor. 1320, Squad, 1320.
- SQUAD: 1511 Robert head that way. 1512 Robert head that way.
- 19 UNKNOWN: (Unintelligible).
- SQUAD: All right. PO on the scene, give us some info. Monitor and Latrobe is what we got westbound.
- 23 UNKNOWN: 1300 Mayfield going south in the gangway.
- 3 UNKNOWN: (Unintelligible).

13

- o SQUAD: Mayfield going south from the gangway. Mayfield and what? Got a battery to a PO going westbound on Mayfield from Latrobe and Monitor. What unit is this? Give us some more info. What's your location? Unit, give us your location.
- o UNKNOWN: I'm on Mayfield, 1300 Mayfield.
- o SQUAD: 1300 block of Mayfield. Go with your info.
- o UNKNOWN: In custody.
- o SQUAD: In custody. In custody.
- o UNKNOWN: Running in the alley. (Unintelligible).
- o SQUAD: How many we looking for? You got another one. Give us a description. 1300 block of Mayfield. One in custody. We looking for anybody else to give us that description.
- o UNKNOWN: One male black they were chasing.
- o SQUAD: Just one male black. He is in custody. In custody. Slow it down 1300 block of Mayfield.
- o UNKNOWN: Do you need the wagon there?
- o SQUAD: 10 Robert, do we need the wagon? Yeah, you know what, just head that way. Might as well. 1300 Mayfield. We'll put you down.
- o UNKNOWN: (Unintelligible) but I could try to make it through.
- o SQUAD: All right. 10-4. Do your 12 best.
- o (16:14) 35R: 35 Robert, Squad, I had a Taser deployment over here at Potomac and Menard.
- o SQUAD: Okay, Potomac and Menard, Taser deployment. 10-4. We'll send EMS.
- o 2510 Robert.
- o 2510R: 10 Robert, I'm on Mayfield here.
- o SQUAD: Okay. 10-4. Not sure who called us that officer need EMS for the battery.
- o 2510R: You know what, I don't even know.
- o SQUAD: Okay. 10-4. Keep us informed. So far we have one en route for the Taser.
- o 31R: 31 Robert, what beat is that?
- o SQUAD: What beat called out the foot pursuit?
- o 4514B: 4514 Boy.
- o SQUAD: Who's coming in?
- o 4514B: 14 Boy.
- o SQUAD: 4514 Boy.
- o 4514B: Mobile with my partner.
- o SQUAD: 4514 Boy other half for the mobile. 4514 Boy other half for the mobile. No answer. 4514 Boy, was that you involved in the foot pursuit? You need an EMS?
- o 4514B: (Unintelligible).
- o SQUAD: Okay. 10-4. Again, 4514 Boy other half mobile with your partner please.
- o UNKNOWN: (Unintelligible).
- o SQUAD: All static. Who's coming in?
- o 2520R: 2520 Robert.
- o SQUAD: 2520 Robert.

14

- 2520R: Yeah, on the call Mayfield/Monitor/Menard thing, is there any officers that are injured?
- SQUAD: That is a negative. Anybody can answer. 4514 Boy, double-checking you
- 3 okay. Are you injured? 4514 Boy, you yelled out battery to a PO. Are you injured? Please give us information real quick.
- 4514B: I'm trying to find my partner. Everything seems to be okay at this time. Thank you. Let me meet up with him and see what's going on.
- SQUAD: Okay. 10-4. Negative so far 2520 Robert. They gonna -- when they catch up with each other, he's going to give us further info.
- 2520R: Okay.
- SQUAD: 10-4. So far we have EMS en route just for the Taser. 2513 Robert, 2513 Robert.
- 2513R: 2513 Robert, I'm on Menard and Potomac.
- SQUAD: Okay. 10-4.
- UNKNOWN: Squad, come in.
- SQUAD: 2535 Robert for info.
- 2535R: 2535 Robert, Squad, (unintelligible).
- SQUAD: Yeah, just the last number of your star, is it 201?
- 2535R: 8552.
- SQUAD: Okay. Got it. 10-4. Double 25 Robert. 2525 Robert, are you on Menard?
- 2525R: 25 Robert, I'm on Menard.
- SQUAD: 10-4. 21 Robert, are you on Menard?
- 2521R: I'm on Menard too.
- 2515R: 2515 Robert.
- SQUAD: 2515 Robert.
- 2515R: I'm on Menard too.
- SQUAD: Gotcha. 10-4. 1512 Robert?
- 1512R: 12 (unintelligible).
- SQUAD: 12 Robert, if you cleared from Menard, I need --
- 1512R: (Unintelligible) wagon.
- SQUAD: Okay. 10-4. I'll disregard your message.
- 2531R: 31 Robert.
- SQUAD: Who's coming in?
- 2531R: 2531 Robert, Squad. You said you had a call for a Taser deployment. Do you
- know where that officer is at right now?
- SQUAD: Yes, 2535 Robert.
- 2535R: We're at the corner of Potomac and Menard, Squad.
- UNKNOWN: You need us over there? You got a subject that's going?
- 2535R: (Unintelligible).
- (23:36) SQUAD: Units in 15 citywide we're getting a 10-1. This is a 10-1, Thomas and
- 10 Monitor, Monitor and Thomas. There's a male black just battered a Chicago PO. The offender is described as wearing a black shirt, blue jeans, got into a gray vehicle passing

on southbound Thomas and Monitor. Zone 12 is clear. What units are on the scene, Thomas and Monitor, for the 10-1?

- 4514A: 4514 Adam.
- SQUAD: 14 Adam, is that you or are you're en route?
- 4514A: We just got flagged down. There's somebody saying the offenders are across from 15th District station on Madison, we're pulling up on them. Hold on.
- SQUAD: Okay. I'm going to hold you on that. (24:20) 10-4. Anybody else close to Thomas and Monitor for the 10-1?
- UNKNOWN: Are you saying it's a 10-1 or are you saying it's the offender for the 10-1? There is a difference.
- SQUAD: Nope, I called in a 10-1. 10-1, Thomas and Monitor for the 15th District.
- UNKNOWN: (Unintelligible).
- SQUAD: Unit coming in on Zone 12?
- (24:32) 2514: 2514, I'm on Thomas and Monitor, there's nothing here, Squad. Slow down. Nothing here in the intersection.
- SQUAD: All right. 10-4. Units, slow it down 15th District. Slow down on the 10-1
- 16 that came in as a call. Slow it down Thomas and Monitor. Nothing's on scene. Zone 12 is clear.
- UNKNOWN: (Unintelligible).
- (24:58) SQUAD: Yes, it's a caller. We didn't make this up. It's a call that came in, Thomas
- 22 and Monitor.
- UNKNOWN: Who called? Where did the call come from?
- SQUAD: Anonymous.
- UNKNOWN: Try 14 Adam.
- SQUAD: 2514 Adam.
- (25:07) UNKNOWN: Looks like my guys said he followed these guys from over there. We got two carloads of guys. If you got another car, stop over here. We're right across from the 15th District station.
- SQUAD: Get a car close across from the 15th District station to assist Adam.
- UNKNOWN: We're going to our car and we'll come up.
- SQUAD: 10-4. Thanks.
- 23R: 23 Robert, we'll check that out, Squad.
- SQUAD: 23 Robert, 10-4.
- 12R: 12 Robert.
- SQUAD: 12 Robert.
- 12R: We're taking one in to 25.
- (24:09) SQUAD: All right. 10-4.
- (25:47) The time is 2:24. Per the boss here, he checked out the 10-1. It came from a burnout cell phone at Thomas and Monitor.
- 24R: 24 Robert.
- SQUAD: 24 Robert.

16

- o 24R: We're clear. I'm on my way to Fernand and Tripp. This car is acting up, this Tahoe, so I hope I make it. It's got gas. I don't know what the problem is.
- o SQUAD: Okay. 10-4. We'll hold you down. If not, let us know.
- o UNKNOWN: (Unintelligible).
- o SQUAD: All right. We got a robbery in 15, 5046 West Jackson, a couple calls. Caller was robbed at gunpoint at Jackson and Cicero. Offender was driving a '99 white Aurora plated 14 King 142353, two male blacks, a female black took a wallet, phone and fled in the other direction. 5046 West Jackson. Okay. Complainant called a second time, 5046 West Jackson. He's stating that his car was also taken. Anybody seen a '99 white Aurora, put a stop on it. Two male blacks, one 21 female black offender again took the car. The complainant is Christopher at 5046 West Jackson. And they are armed, use caution.
- o UNKNOWN: What's the plate number?
- o SQUAD: The plate was King 142353, King 142353, '99 white Aurora.
- o 1501: 1501.
- o SQUAD: 1501.
- o (29:50) 1501: Squad, that citizen that called from Thomas regarding the battery towards the police?
- o SQUAD: 10-4. What you got?
- o 1501: He's in the station. Can you have someone come in here? I just took his information.
- o SQUAD: Okay. We have a backlog. We don't have anybody right now. Can you handle 14 it?
- o 4514A: 4514 Adam.
- o SQUAD: 4514 Adam.
- o (32:01) 4514A: Yeah, that big mess over on the 18 1300 block, I don't know, what was that, Monitor, I-mobile with any of the officers involved in that. Did anybody get hit by bottles? I heard somebody was saying that they were throwing bottle over there.
  SQUAD: Anybody get hit with bottles on 24 1300 block of North Menard?
- o 10R: 10 Robert.
- o SQUAD: Go ahead, 10 Robert.
- o 10R: There was no battery to a PO.
- o SQUAD: Okay. All right. 10-4. That is a negative. Nobody's injured.
- o 4514A: Because I had heard somebody saying they were throwing bottles at the police.
- o SQUAD: 10-4. Yeah, we heard that too, but nobody got hit.
- o 4514A: Is anybody outstanding from that incident?
- o SQUAD: Is anybody outstanding? We have anything further from Menard? Okay. So far that's a negative.
- o 1533R: 1533 Robert.
- o SQUAD: 33 Robert.
- o 1533R: Can I get an RD for our 99 B?
- o SQUAD: 33 Robert, 10-4. 250231, 250231, event 01716, 01716.
- o 35R: 35 Robert.

17

- SQUAD: 35 Robert.
- 35R: To the station with one, I believe the wagon. I'm not sure what beat they are. They're going to be taking it in for me.
- SQUAD: Okay. 31 Robert going in too. 10-4.
- 31R: 31 Robert, on our way.
- (32:20) SQUAD: 10-4. And 31 Robert, the time is 2:32.
- 2510R: 2510 Robert.
- SQUAD: 2510 Robert.
- 2510R: Yeah, can I mobile with 2561 Adam I believe it is?
- SQUAD: 2561 Adam for the mobile.
- 61A: 61 Adam.
- 2510R: Tom, where are you guys?
- 61A: Repeat.
- 2510R: Where are you guys?
- 61A: At the station.
- 2510R: All right. I'm gonna call you.
- UNKNOWN: (Unintelligible).
- SQUAD: What unit coming in?
- 2599: 2599.
- SQUAD: 2599.
- 2599: What unit instituted that foot 23 chase over there on Menard?
- SQUAD: We got 4514 Adam we believe.
- UNKNOWN: It was 4514 Boy.
- SQUAD: Sorry, 4514 Boy.
- 1590R: 1590 Robert.
- SQUAD: 1590 Robert.
- 1590R: That job 12 North Lemont, there is nobody out here. No one is making noise. Why don't you make that a 5 Boy unless you have a complainant who wants to talk to me?
- SQUAD: 10-4. We'll code it.
- 4480: 4480.
- SQUAD: Unit coming in?
- 4480: 4480.
- SQUAD: 4480.
- 4480: Can I get an event number for an attempt to search at 5049 West Washington, apartment 1A.
- (37:05) SQUAD: 10-4. The time is 2:35 and your event 02221, 02221.
- 4490: All right. Thank you.
- SQUAD: 10-4. You're welcome.
- 2511 Robert for info.
- 2511R: 2511 Robert.
- SQUAD: 11 Robert, you're on Menard?

- o 2511R: We cleared from Menard.
- o (38:00) SQUAD: 10-4. All right. Units, we're still showing you guys on Menard. We're getting shots fired and a battery in progress, 1320, 1320 North Menard. People are back out fighting. Male came back on foot and they're shooting. Anybody still on Menard? We got any units still on Menard?
- o 32R: 32 Robert, we're heading there.
- o SQUAD: 32 Robert. 10-4.
- o 2515R: 2515 Robert going back.
- o SQUAD: 15 Robert, you're going back.
- o 10-4. 2512 Robert, what's your status?
- o 2512R: 12 Robert, I'm clear.
- o SQUAD: Okay. 10-4. 2521 Robert, what's your status?
- o 2521R: 21 Robert.
- o SQUAD: 21 Robert, what's your status?
- o 2521R: Clear.
- o SQUAD: All right. 2524 Robert, what's your status?
- o 2524R: Clear. We need a person in the station though.
- o SQUAD: Okay. 10-4. Double 25 Robert, what's your status?
- o 2525R: Back to Menard.
- o SQUAD: Back to Menard. 10-4.
- o 1599R: 1599.
- o SQUAD: 1599.
- o 1599R: Let the station know there's 13 about three running towards them. They'll be coming inside all excited.
- o SQUAD: All right. 1501, heads up, you got three running into the station for a 99.
- o UNKNOWN: (Unintelligible).
- o (40:21) SQUAD: All right. Use caution for Menard. People are shooting at the complainant's house, 1320 North Menard. Use caution. Subjects are on foot. We have no description. Calls are still coming in. They're breaking the windows as well. Groups standing around the house, 1320 Menard.
- o 2532R: 2532 Robert.
- o SQUAD: 32 Robert, go.
- o 2532R: We're talking to somebody who says they've been out here for a minute. He says he hasn't heard shots fired.
- o SQUAD: All right. 10-4. Let us know what's going on because calls are still coming in.
- o 1590R: 1590 Robert.
- o SQUAD: 1590 Robert.
- o 1590R: At North Lockwood, you could also make that a 5 Boy, nobody out here, no noise, no problem.
- o SQUAD: 10-4. Thank you.
- o 4480: 4480.
- o SQUAD: 4480.

- o 4480: Say that number again, Squad. I'm sorry.
- o SQUAD: Yes, that would be event 02221, 02221.
- o 4480: All right. Thanks.
- o SQUAD: 10-4. You're welcome. 2532 Robert, use caution. Calls are still 24 coming in. They're breaking the windows, 1320 Menard. If you have anything further, go with it.
- o 2532R: 32 Robert, there's a whole bunch of us out here right now and it doesn't seem like there's any crowding. Everybody is dispersing. We don't hear any shots fired or glass breaking, so just give it a slowdown for right now. I'll let you know if anything transpires.
- o SQUAD: 10-4. Well, she's calling from the residence on a landline. Slow 'er down, 320 North Menard, slow 'er down. She just called again.
- o  (59:31 end)

File name 1d (Zone 12 4/10/10 3:40:00 to 5:39 estimated) [Newly produced]

- o (4:21) Squad: 2533R a message
- o 2533R: 2533R
- o Squad: All right 2533R, when you get a minute can you please call 1599.
- o 2533R: 2533R we got it.
- o (9:02) Your counsel time is now 3:49 hours.
- o 2532R: Ok is Menard still on our tracking, if it is please make it a 19p.
- o Squad: 10-4
- o (18:46) Squad: report of a street fight now, Keeler and Grand, 1500 block N. Keeler. Teens fighting in the street. And pending in the 15th District on priority is an assault in progress, 1007 N. Lemont and a burglary just occurred, 4954 West Cortez. Stephanie states someone broke inot her place. She was sleeping in bed and a man was in the bed with her stepdaughter, 4954 West Cortez on the one. No Description, 15th District Radio.
- o (36:16) 4514: that 10-1 disturbance on Menard 1320 what time was that called out at?
- o (37:03) Squad: ok 2:12, 2-1-2 time of 2:12 for that 10-1
- o (40:19) Squad: Alright the gang bangers are back out in 25, Fullerton and Kilbourne, three male hispanics throwing bricks at cars, one is wearing a black hat and shirt.
- o (1:50:09) Squad: 10-4. Time is 5:30am
- o (1:59:41 end)

File name 1e (Zone 12 4/10/2010 5:39:00 to 9:36 approximately) [Newly Produced]

- Nothing related to 1300 block of Menard.
- (3:57:59 – end)

File name Ev1009920549 4/9/10 23:35:00 to 23:36:09 [newly produced]: 911 call – bunch of guys outside in front of this house on the block running down the street with guns and they got shirts and everything off. 2 guns. Black. No shirts. Running east. On Menard. Towards Potomac. They jumping on these guys, pistol whipping them with the gun. Anonymous.

File Name ev1010002563 [newly produced]: They shooting. 5 shots. They got my house surrounded, they got my house surrounded there's like 30 people outside. It's a big fight. The police drove off, the people came back. There was a party and there was a fight. They're boys and they're trying to fight. I'm a girl, it's all girls in this house.

File name WAV_D7 [newly produced]: talking clock with audio from 911 call, unknown 4/9/10 call 23:35:00 to 23:35:10

File name WAV_D9 [newly produced]: Talking clock with Audio from ev1009920549, 4/9/10 23:35:00 to 23:36:09

File name WAV_DC [newly produced]: Talking clock with audio from 911 Call, unknown 4/9/10 23:36:12 to 23:36:17

WAV_DE [newly produced]: Talking clock with audio from 911 call, Anonymous 4/9/10 23:36:19 to 23:36:29

File name WAV_E0 [newly produced]: Talking clock with audio from zone 12 4/9/10 23:35:00 to 23:52:57

File name WAV_E2 [newly produced]: Talking clock with audio from zone 12 4/9/2010 23:35:00 to 23:42:26

File name WAV_E4 [newly produced]: Talking clock with audio from zone 12 4/9/2010 23:35:00 to 23:45:36

End of Summary.

21

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned attorney, hereby certify that on May 22, 2017, I electronically filed the foregoing **DEFENDANTS' REVISED SUMMARY OF PRODUCED OEMC AUDIO** using the CM/ECF system, and that I have served the aforesaid by causing it to be delivered by electronic means via the CM/ECF System to all counsel of record.

_/s/ Mark D. Winistorfer_
Mark D. Winistorfer