UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID D. WILBON, RICO M. WILBON, and GEORGE J. SMITH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) Case No. 12 C 1132 |
| JOSEPH M. PLOVANICH, OFFICER MILLAN (Star # 6082), KEVIN A. GRANEY, ROBERT MANGAN, MICHAEL T. KARCZEWSKI, SARAH McDERMOTT, NOEL ESQUIVEL, ANTONIO J. VALENTIN, MARK A. KUSHINER, JORGE CERDA, ARMANDO SILVA, JR., RAFAEL S. GARCIA, J. J. GORZKOWSKI, UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO, | ) ) ) Magistrate Judge M. David Weisman ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**TABLE OF EXHIBITS OF DEFENDANTS' ANSWERS TO PLAINTIFFS' REQUESTS TO ADMIT**

**Exhibit A:** Defendant Sarah McDermott's Answer to Plaintiffs' First Set of Requests to Admit of July 26, 2012.

**Exhibit B-1:** Defendant Mark A. Kushiner's Answer to Plaintiffs' First Set of Requests to Admit of July 26, 2012.

**Exhibit B-2:** Defendant Mark A. Kushiner's Supplemental Answer to Plaintiffs' Request to Admit Nos. 18(A), 18(B), and 18(C) of June 14, 2013.

**Exhibit C-1:** Defendant Jorge Cerda's Answer to Plaintiffs' First Set of Requests to Admit of July 26, 2012.

**Exhibit C-2:** Defendant Jorge Cerda's Supplemental Answer to Plaintiffs' Request to Admit Nos. 18(A) and 18(B) of June 14, 2013.

**Exhibit D:** Defendant Armando Silva's Answer to Plaintiffs' First Set of Requests to Admit of July 26, 2012.

**Exhibit E:** Defendant Rafael S. Garcia's Answer to Plaintiffs' First Set of Requests to Admit of July 26, 2012.

**Exhibit F:** Defendant Noel Esquivel's Answer to Plaintiffs' First Set of Requests to Admit of July 26, 2012.

**Exhibit G:** Defendant Antonio J. Valentin's Answer to Plaintiffs' First Set of Requests to Admit of July 26, 2012.

**Exhibit H:** Defendant Kevin A. Graney's Answer to Plaintiffs' First Set of Requests to Admit of July 26, 2012.

**Exhibit I:** Defendant Robert Mangan's Answer to Plaintiffs' First Set of Requests to Admit of July 26, 2012.

**Exhibit J-1:** Defendant Joseph M. Plovanich's Answer to Plaintiffs' First Set of Requests to Admit of July 26, 2012.

**Exhibit J-2:** Defendant Joseph M. Plovanich's Supplemental Answer to Plaintiffs' Request to Admit Nos. 9(A), 9(B) and 9(C) of June 14, 2013.

**Exhibit K-1:** Defendant Bjornn Millan's Answer to Plaintiffs' First Set of Requests to Admit of July 26, 2012.

**Exhibit K-2:** Defendant Bjornn Millan's Supplemental Answer to Plaintiffs' Request to Admit Nos. 9(A), 9(B) and 9(C) of June 14, 2013.

Dated: September 13, 2017                    /s/   Irene K. Dymkar
                                                  Irene K. Dymkar


Plaintiff's Attorneys:

| | |
|---|---|
| Irene K. Dymkar | Torreya L. Hamilton |
| Daniel H. Regenscheit | Hamilton Law Office, LLC |
| Shamoyita M. DasGupta | 53 West Jackson, Suite 452 |
| Law Offices of Irene K. Dymkar | Chicago, IL 60604 |
| 53 West Jackson, Suite 733 | (312) 726-3173 |
| Chicago, IL 60604 | |
| (312) 345-0123 | |

## CERTIFICATE OF SERVICE

      I, Irene K. Dymkar, an attorney, certify that on the 13th day of September, 2017, a copy of this PLAINTIFFS' TABLE OF EXHIBITS OF DEFENDANTS' ANSWERS TO PLAINTIFFS' REQUESTS TO ADMIT was served upon the attorneys named below through the Court's electronic filing system:

> Dana M. O'Malley
> Kristin M. Pinkston
> Mark D. Winistorfer
> Allison L. Romelfanger
> City of Chicago Department of Law
> 30 N. LaSalle, Suite 900
> Chicago, IL 60602

Dated: September 13, 2017            /s/ Irene K. Dymkar
                                                                Irene K. Dymkar