UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

David D. Wilbon, et al.
                                      Plaintiff,

v.                                                                  Case No.: 1:12−cv−01132
                                                                    Honorable M. David Weisman

Joseph M. Plovanich, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 25, 2018:

      MINUTE entry before the Honorable M. David Weisman: Jury trial held. Jury deliberations concluded. Jury trial ends. The jury returned a verdict. Judgment entered in favor of plaintiffs David Wilbon, Rico Wilbon and George Smith and against defendants Sarah McDermott, Mark Kushiner, Noel Esquivel, Jorge Cerda, and City of Chicago in the amounts of $225,000 for David Wilbon, $40,000 for Rico Wilbon, and $25,000 for George Smith. Judgment entered in favor of defendants Joseph Plovanich and Officer Milan and against plaintiff David Wilbon. Judgment entered in favor of defendant Antonio Valentin, and against plaintiffs David Wilbon, Rico Wilbon and George Smith. Any post−trial motions shall be filed by 8/22/18. Status hearing set for 8/24/18 at 9:15 a.m. Civil case terminated. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.