

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

David D. Wilbon et al,

Plaintiff(s),

v.

Joseph M. Plovanich et al,

Defendant(s).

Case No. 12cv1132
Judge M. David Weisman

## JUDGMENT IN A CIVIL CASE

Judgment entered in favor of plaintiffs David Wilbon, Rico Wilbon and George Smith and against defendants Sarah McDermott, Mark Kushiner, Noel Esquivel, Jorge Cerda, and City of Chicago in the amounts of $225,000 for David Wilbon, $40,000 for Rico Wilbon, and $25,000 for George Smith, which does not include pre-judgment interest. Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s). Judgment entered in favor of defendants Joseph Plovanich and Officer Milan and against plaintiff David Wilbon. Judgment entered in favor of defendant Antonio Valentin, and against plaintiffs David Wilbon, Rico Wilbon and George Smith.

This action was:

☒ tried by a jury with Judge M. David Weisman presiding, and the jury has rendered a verdict.

Date: 7/25/18

M. David Weisman
United States Magistrate Judge