UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID D. WILBON, RICO M. WILBON, and GEORGE J. SMITH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) Case No. 12 C 1132 |
| JOSEPH M. PLOVANICH, OFFICER MILLAN (Star # 6082), KEVIN A. GRANEY, ROBERT MANGAN, MICHAEL T. KARCZEWSKI, SARAH McDERMOTT, NOEL ESQUIVEL, ANTONIO J. VALENTIN, MARK A. KUSHINER, JORGE CERDA, ARMANDO SILVA, JR., RAFAEL S. GARCIA, J. J. GORZKOWSKI, UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO, | ) ) Magistrate Judge M. David Weisman ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION FOR JUDGMENT ON PLAINTIFFS' BILL OF COSTS**

Plaintiffs, DAVID. D. WILBON, RICO M. WILBON, and GEORGE J. SMITH, by and through their attorneys, Irene K. Dymkar, Torreya L. Hamilton, and Shamoyita M. DasGupta, hereby move this Court to enter judgment on plaintiffs' Bill of Costs. In support thereof, plaintiffs state as follows:

1)      This is a case brought pursuant to 42 U.S.C. § 1983.

2)      This case proceeded to trial on July 16, 2018.

3)      Judgment was entered in plaintiffs' favor on July 25, 2018. Costs were awarded to plaintiffs. *See Doc. 537*.

4)      Plaintiffs filed their Bill of Costs on August 15, 2018. *See Doc. 541*.

5)      Plaintiffs hereby request that this Court enter judgment on plaintiffs' Bill of Costs.

1

WHEREFORE plaintiffs, DAVID D. WILBON, RICO M. WILBON, and GEORGE J. SMITH, respectfully request that this Court enter judgment on plaintiffs' Bill of Costs.

Dated: August 15, 2018            /s/ Irene K. Dymkar
                                            Irene K. Dymkar

Plaintiffs' Attorneys:

Irene K. Dymkar
Shamoyita M. DasGupta
Law Office of Irene K. Dymkar
53 West Jackson, Suite 733
Chicago, IL 60604
(312) 345-0123

Torreya L. Hamilton
Hamilton Law Office, LLC
53 West Jackson, Suite 452
Chicago, IL 60604
(312) 726-3173