DEFENDANTS' OBJECTIONS TO HAMILTON FEES

| Date of Service | Page # / Line # | Described service provided | Hours expended | Basis for Objection |
|---|---|---|---|---|
| 9/10/2015-11/18/2015 | 1/1-23 | Multiple tasks | 3.3 | Attorney Hamilton did not file an appearance on this case until 1/20/2016 |
| 1/20/2016 – 4/12/2016 | 1/28, 30, 31, | Multiple entries involving review of co-counsel's filings | 0.3 | Excessive and unnecessary |
| | 2/11, 30, | Review of co-counsel Dymkar's motions | 0.7 | Excessive and unnecessary |
| | 2/18, 19, 26, 32, 33, 36, 39, 40, 41 | Emails between co-counsel and defense or court | 0.9 | Excessive and unnecessary |
| 11/22/2016 | 2/29 | Attend status hearing | 1.5 | Excessive and duplicative as co-counsel also billed for this hearing |
| | 3/2,18, 28, | Review of co-counsel Dymkar's filings and other work | 0.3 | Excessive and unnecessary |
| 2/22/2017 | 3/3 | Attend status hearing | 1.0 | Excessive and duplicative as co-counsel also billed for this hearing |
| | 3/5,7, 8, 10, 11, 12, 14, 16, 18, 19, 21, 22, 27, 30, 31, 32, 33 | Review of emails between co-counsel and defense or court staff | 1.7 | Excessive and unnecessary |
| | 4/3, 4, 7, 10, 11, 12, 15, 25, 26, 38 | Multiple emails between co-counsel and courtroom staff | 1.0 | Excessive and unnecessary |
| 8/8/2017 | 4/35 | Attend status hearing | 3.2 | Excessive and duplicative as co-counsel also billed for this hearing |

|  | 5/1, 2, 11, 13, 18, 19, 27 | Multiple emails with co-counsel / courtroom staff / defense counsel | 0.8 | Excessive and necessary |
|---|---|---|---|---|
|  | 5/17 | Status hearing | 3.0 | Excessive and duplicative as co-counsel also billed for this hearing |
| 8/23/2017 | 5/24, 26 | Emails with Chris Shepherd | 0.2 | Excessive and duplicative |
|  | 6/3, 4, 22, 24, 26, 27, 33 | Multiple emails between co-counsel and court or defense counsel | 0.7 | Excessive and unnecessary |
|  | 6/30, 36, 37 | Review of prior rulings and co-counsel filings and notes | 2.2 | Excessive, vague, duplicative |
|  | 7/1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, | Emails and other work (including depositions) related to defendants' finances | 3.2 | Work related to punitive damages which were ultimately traded for costs and not pursued by Plaintiffs |
|  | 7/4, 21, 29, 34, 36, 40 | Multiple emails between co-counsel and defense counsel | 0.5 | Excessive and duplicative |
|  | 7/39 | Review of motion filed by co-counsel Dymkar | 0.1 | Duplicative and unnecessary |
|  | 8/8, 11, 35 | Multiple emails between co-counsel Dymkar and defense counsel | 0.3 | Excessive and duplicative |
| 6/27/2018 | 9/1 | Review attorney appearance for City | 0.1 | Duplicative – billed by co-counsel |
|  | 9/20, 21, 22, 23, 25, 28, 29, 33, 37 | Multiple emails between co-counsel and defense counsel or courtroom staff | 0.9 | Duplicative and unnecessary |
| 7/11/2018 | 10/2 | Email related to defendants' financial affidavit | 0.1 | Punitives traded for costs and not pursued by Plaintiffs |
| 7/11-7/13/2018 | 10/4, 5, 6, 11, 12, 13, 14, 15, 16, 18, 20, 22, | Multiple emails between co-counsel and defense counsel or courtroom staff | 1.6 | Duplicative and unnecessary |

2

| | | | | |
|---|---|---|---|---|
| | 23, 27, 30, 32 | | | |
| 7/12/2018 | 10/17 | Review work of co-counsel Dymkar | 0.1 | Duplicative and unnecessary |
| 7/14-7/16/2018 | 11/6, 7, 9, 10, 16, 17, 23 | Multiple emails between co-counsel to witnesses or courtroom staff | 0.7 | Duplicative and unnecessary |
| 7/17-7/20/2018 | 12/4, 7, 17, 22, 28, 30, 31, 33, 34, 35 | Multiple emails between co-counsel to witnesses, courtroom staff or defense counsel | 1.1 | Duplicative and unnecessary |
| 7/21-22/2018 | 13/8, 29 | Multiple emails concerning testimony of Silva and Garcia and CPS salary chart | 0.2 | Related to Motions in Limine that were denied |
| | 13/16, 20 | Multiple emails between co-counsel | 0.3 | Excessive and duplicative |
| 7/23-9/6/2018 | 14/1, 2, 3, 12, 13, 14, 15, 16, 18, 19, 20 | Multiple emails between co-counsel and defense counsel and court staff | 1.1 | Excessive and duplicative |
| 9/13/2018 | 14/21 | Create trial book | 4.5 | Excessive, duplicative, trial was over |
| Total disputed hours | | | 34.6 | |