DEFENDANTS' OBJECTIONS TO DASGUPTA FEES

| Date of Service | Page # / Line # | Described service provided | Hours expended | Basis for Objection |
|---|---|---|---|---|
| 10/11/2016 – 7/27/2017 | 1/1-21; 2/1-20 | Multiple meetings with co-counsel regarding case strategy; multiple court appearances | 15.3 | Vague, excessive, duplicative; Ms. DasGupta did not have an appearance on file in this case until 7/28/2017; Billed for court appearances where co-counsel also billed for appearance |
| 7/28/2017-8/16/2017 | 2/21-28 | Multiple meetings with co-counsel regarding case strategy | 0.9 | Vague, excessive, duplicative |
| 8/22/2017 | 3/1, 2, 4, 9, 13, 18, 19, 28, 33, 34, | Multiple discussions of case strategy with co-counsel | 2.2 | Vague, excessive, duplicative |
| 8/22, 24/2017 | 3/3, 16 | Telephone conference re trial technology | 0.2 | Trial continued on Plaintiffs' motion |
| | 3/5, 6, 8, 10, 11, 12, 14, 15, 17, 20, 22, 23, 25, 29, 35, 36, 37 | Telephone calls to clients; letters to witnesses; trial contact information list; telephone calls to witnesses; attempts to locate witnesses, compiling lists of motions in limine, reviewing / editing pre-trial order; review voir dire questionnaire; review transcript | 8.7 | Clerical or administrative work that should be billed at paralegal rate |
| | 3/7, 21, 26, 31, 32, | Multiple calls to courtroom staff | 0.6 | Unnecessary, vague, excessive |
| | 4/1, 9, 10, 16, 21, 25, 26 | Multiple meetings with co-counsel regarding case strategy | 3 | Vague, excessive, unnecessary |
| | 4/2, 3, 4, 6, 7, 8, 11, 12, 13, 14, 15, 17, 18, 20, 22, 24, 27, 30, 31, 32 | Telephone calls, subpoena drafting, preparing exhibits, reviewing documents | 7.3 | Clerical or administrative work that should be billed at paralegal rate. |
| | 4/19 | Drafting motion regarding requests to admit | 1.2 | Motion denied |

|  | 4/28 | Telephone call regarding "anonymous witness" and defendant Valentin | 0.4 | Vague; information never disclosed in discovery |
|---|---|---|---|---|
|  | 5/1, 7, 9, 11, 12, 15, 17, 19, 20, 21, 23, 24, 25, 28, 29, 31, 35, 37 | Telephone calls, drafting tables, preparing exhibit books, drafting letters | 9.6 | Clerical or administrative; should be billed at paralegal rate |
|  | 5/2, 3, 13, 14, 16, 22, 27, 32, 33, 36 | Multiple meetings and discussions with co-counsel regarding case strategy | 4.4 | Vague, excessive, unnecessary |
|  | 5/26 | Telephone call regarding "anonymous witness" and defendant Valentin | 0.2 | Vague; duplicative; information never disclosed in discovery |
|  | 5/30, 34 | Making Google maps | 2.7 | Duplicative and unnecessary |
|  | 5/38 | Notice of financial depositions | 02. | Plaintiffs did not pursue punitive damages at trial as they traded punitives for costs |
|  | 6/1, 7, 10, 13, 19, 20, 22, 23, 25, 28, 31, 33, 34, 35, 37 | Multiple meetings and discussions with co-counsel regarding case strategy | 1.8 | Vague, excessive, unnecessary |
|  | 6/2, 5, 17 | Related to financial depositions of defendants | 0.7 | Plaintiffs did not pursue punitive damages at trial as they traded punitives for costs |
|  | 6/3, 4, 6, 9, 11, 12, 14, 15, 16, 18, 27, 29, 32 | Telephone calls, emails, letters | 3.0 | Clerical or administrative; should be billed at paralegal rate. |
|  | 6/8 | Motion regarding requests to admit | 0.3 | Motion denied |
| 10/18/2017 and 10/27/2017 | 6/21, 24 | Court appearances | 1.6 | Duplicative; co-counsel billed for these appearances |
|  | 6/26 | Telephone call regarding "anonymous witness" and defendant Valentin | 0.1 | Vague, duplicative, information never disclosed in discovery |
|  | 7/1, 4, 5, 6, 7, 11, 15, 17, 18, 20, 22, 23, 24, | Multiple conferences with co-counsel discussing case strategy | 3.2 | Vague, excessive, unnecessary |

2

|  | 26, 28, 30, 33, 34, 36 |  |  |  |
|---|---|---|---|---|
|  | 7/2, 3, 9, 10, 12, 14, 19, 21, 27, 29, 31, 32, 35 | Telephone calls, contacting witnesses regarding new trial date, sending subpoenas | 5.4 | Clerical or administrative; should be billed at paralegal rate |
| 11/30/2017 | 7/16 | Review letter from anonymous witness regarding defendant Valentin | 0.2 | Vague, duplicative, information never disclosed in discovery |
| 1/10/2018 | 7/25 | Court appearance | 0.6 | Duplicative; co-counsel billed for this court appearance |
|  | 8/3, 6, 9, 11, 12, 14, 17, 22, 30 | Multiple conferences with co-counsel regarding case strategy | 5.7 | Vague, excessive, unnecessary |
|  | 8/1, 2, 5, 7, 10, 13, 16, 18, 19, 20, 21, 23, 24, 25, 26, 27, 28, 29 | Draft subpoenas, draft emails, schedule witnesses | 7.3 | Clerical or administrative; should be billed at paralegal rate |
|  | 9/1, 2, 19, 23, 26, 27, 33, 34 | Telephone calls, emails, drafting subpoenas, preparing exhibit books | 2.1 | Clerical or administrative; should be billed at paralegal rate |
|  | 9/3, 9, 15, 24, 35 | Multiple conferences with co-counsel regarding case or trial strategy | 4.2 | Vague, excessive, unnecessary |
|  | 9/6, 7, 10, 11, 13, 14, 16, 17, 18, 29, 30 | Trial preparations regarding witnesses not called or deemed duplicative at trial | 7.1 | Excessive, duplicative |
| 7/12/2018 | 9/22, 31 | Meet with Alex Zeier regarding courtroom equipment | 0.6 | Duplicative of line 8; excessive |
|  | 10/2, 5, 10, 11, 12, 14, 15, 17, 19, 20, 22, 23, 24, 27, 28, 29, 30, 31, 39, 40 | Telephone calls, prepare exhibits books, load trial lap top, write letters, prepare exhibit folders | 15.3 | Clerical or administrative; should be billed at paralegal rate |

3

| | | | | |
|---|---|---|---|---|
| | 10/3, 8, 12, 13, 18, 26, 38 | Multiple meetings with co-counsel regarding case / trial strategy | 2.6 | Vague, excessive, unnecessary |
| | 10/4, 21, 32, 34, 35 | Trial preparations | 2.9 | Duplicative of previous entries; excessive hours for tasks involved |
| | 11/2, 11, 12, 19, 22, 27, 28, 35 | Multiple meetings with co-counsel regarding case / trial strategy | 5.1 | Vague, excessive, unnecessary |
| | 11/5, 25 | Trial preparations | 0.9 | Duplicative of previous entries; excessive hours for the task involved |
| | 11/6, 10, 15, 18, 24, 32, 39 | Exhibit books, telephone calls, load laptop for trial | 1.9 | Clerical or administrative; should be billed at paralegal rate |
| | 11/33, 34, 35, 36, 37, 38 | Tasks related to Motion to Bar Garcia and Silva and Motion for Admission of Wage Chart | 5.1 | Motions denied at trial |
| | 12/1, 10, 12, 15, 21, 24, 25, 27, 29, 30, 31, 32 | Draft emails, prepare jury books, compile jury instructions for Powerpoint, compile receipts and invoices, order transcripts, telephone calls | 6.4 | Clerical or administrative; should be billed at paralegal rate |
| | 12/ 4, 5, 8, 23 | Review transcripts and prepare trial questions; draft Motion related to Requests to Admit; Load lap top; Compile receipts | 5.7 | Excessive, unnecessary, related to witnesses not called or motions lost; duplicative of previous entries |
| | 12/6, 11, 16, 19, 22, 26, 28 | Multiple meetings with co-counsel regarding case / trial strategy | 1.9 | Vague, excessive, unnecessary |
| | 13/ 1, 3, 8, 22, 26, 29 | Multiple meetings with co-counsel regarding case / trial strategy | 1.5 | Vague, excessive, unnecessary |
| 8/24/2018 | 13/5 | Prepare for court | 0.3 | Duplicative of previous entry; excessive time for task |
| | 13/ 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 21 | Telephone calls, drafting documents | 1.8 | Clerical or administrative; should be billed at paralegal rate |
| 9/26/2018 | 13/25 | Review time sheets for Angela Zaroff | 0.9 | Unrelated to this case |
| | | **Disputed hours** | **85.6** | |

4

| | | | |
|---|---|---|---|
| | **Hours that should be billed at paralegal rate** | **68.8** | |