DEFENDANTS' OBJECTIONS TO REGENSCHEIT FEES

| LISTED PARALEGAL HOURS | | | | |
|---|---|---|---|---|
| Date of service | Page # / Line # | Described service provided | Hours expended | Basis for Objection |
| | 1/1, 5, 21 | Multiple discussions of case strategy with co-counsel | 0.5 | Vague, excessive, unnecessary |
| 3/23/2016 | 1/9 | Motion to set aside order | 2.5 | Motion denied |
| 8/17/2016 | 1/10 | Send FOIA request to IPRA | 0.3 | Documents never produced in discovery by Plaintiff; FOIA request rather than subpoena |
| 8/24/2016 | 1/14 | Review FOIA response from IPRA | 0.3 | Documents never produced in discovery by Plaintiff; FOIA request rather than a subpoena |
| | 1/15, 16, 18 | Court appearances | 1.5 | Not yet licensed as attorney; co-counsel billed for these appearances |
| 10/27/2016 and 11/1/2016 | 2/2, 3 | Multiple meetings with co-counsel to discuss case strategy | 1.3 | Vague, excessive, unnecessary |
| | | **Disputed hours** | **6.4** | |
| **LISTED ATTORNEY HOURS** | | | | |
| | 1/1, 3, 13, 20 | Review of transcripts and responses | 1.9 | Vague, excessive, unnecessary |
| | 1/ 4, 5, 7, 10, 15, 17 | Multiple meetings with co-counsel to discuss case strategy | 5 | Vague, excessive, unnecessary |
| | 1/11, 12, 16, 19 | Compile hours, update charts, draft letters, conduct research | 3.3 | Clerical / administrative; should be billed at paralegal rate |
| 11/22/2016 | 1/14 | Court appearance | 2.6 | Duplicative hours; billed by co-counsel |
| 11/23/2016 | 1/18 | Review FOIA information; telephone conference with LAPD | 0.5 | Discovery violation – materials never produced in discovery; FOIA instead of subpoena |
| | 2/ 1, 2, 6, 7, 18, 31 | Transcribe OEMC audio, draft letters, telephone calls, review docket, draft subpoena | 3.7 | Clerical / administrative; should be billed at paralegal rate |

1

| | | | | |
|---|---|---|---|---|
| | 2/ 3 | Fax documents to LAPD | 0.2 | Discovery violation – materials never produced in discovery |
| | 2/4, 8, 11, 15, 22, 30 | Multiple meetings with co-counsel discussing case strategy | 1.0 | Vague, excessive, unnecessary |
| | 2/21 | Review and compare transcript | 1.1 | Duplicative; excessive time for task |
| | 3/ 1, 2, 4, 12, 13, 20, 22, 24, 28, 29, 30 | Telephone calls, draft letters, draft subpoenas, serve subpoenas | 2.6 | Clerical / Administrative; should be billed at paralegal rate |
| | 3/ 3, 5, 6 | Review transcripts, review status report, review OEMC audio | 1.3 | Vague, duplicative of other billing entries; excessive time for task performed |
| | 3/ 9, 11, 14, 17, 18, 19, 23, 27 | Multiple meetings and discussions with co-counsel | 2.2 | Excessive, vague, unnecessary |
| 2/22/2017 | 3/ 10 | Court appearance | 1.2 | Duplicative; co-counsel billed for this court appearance |
| | 4/ 1 – 6, 8, 12, 14, 33 | Telephone calls, review exhibits, draft letters | 3.1 | Clerical / administrative; should be billed at paralegal rate |
| | 4/7, 10, 13, 15, 18 – 24, 27, 29 | Multiple reviews of deposition transcripts, OEMC audio | 10.6 | Vague, excessive, duplicative |
| | 4/ 9, 25, 26, 28, 30, 32, | Multiple discussions and meetings with co-counsel | 2.1 | Vague, excessive, unnecessary |
| 4/25/2017 | 4/25/2017 | Court appearance | 0.9 | Duplicative; co-counsel billed for this court appearance |
| | 5/ 1, 2, 3, 8, 11, 12, 19 | Draft letters, telephone calls, edit transcript, request records | 4.1 | Clerical / administrative; should be billed at paralegal rate |
| | 5/ 4, 5, 6, 7, 9, 13, 16, 26, 27, 28, 31, 32 | Multiple meetings and discussions with co-counsel | 3.9 | Vague, excessive, unnecessary |
| | 5/ 10, 17, 18 | Review of documents and transcripts | 2.6 | Vague, excessive |
| | 6/1, 11, 20, 21, 27, | Review of various documents | 4.3 | Vague, excessive |

| | | | | |
|---|---|---|---|---|
| | 6/2, 4, 7, 8, 10, 17, 26, 29, 32, 34, 35, 36 | Multiple conversations and meetings with co-counsel | 4 | Vague, excessive, unnecessary |
| | 6/ 3, 5, 12, 22, 23, 24, 25, 30, 31 | Draft emails, telephone calls, draft notice of deposition | 2.0 | Clerical / administrative; should be billed at paralegal rate |
| 6/13/2017 | 6/13, 14 | Court appearance | 4.7 | Duplicative; co-counsel billed for this court appearance |
| 7/13/2017 | 6/33 | Create Google maps | 2.6 | Duplicative – multiple billing entries for making maps |
| | 6/28 | Deposition of Jill Maderak | 1.4 | Duplicative – deposition taken by co-counsel |
| | 7/1, 6, 8, 9, 10, 17, 20, 21, 22, 23, 24, 29 | Multiple meetings / discussions / conversations with co-counsel | 8.8 | Vague, excessive, unnecessary |
| | 7 / 3, 4 | Email to Alex Zeier regarding courtroom technology; create Google maps | 1.4 | Duplicative of entries by co-counsel |
| | 7/5, 15, 27 | Review of records, documents, transcripts | 1.2 | Duplicative, vague |
| 8/8/2017; 8/17/2017 | 7/7, 27 | Court appearances | 7.2 | Duplicative as co-counsel billed for these court appearance |
| | 7/11, 12, 13, 26, 28 | Telephone calls, draft letters, draft subpoenas, edit transcripts | 3.6 | Clerical / administrative; should be billed at paralegal rate |
| | 8/2, 12, 21, 23, 28, | Telephone calls, edit transcripts, draft letters | 1.0 | Clerical / administrative; should be billed at paralegal rate |
| | 8/3, 4, 11, 17, 25, 26, | Review of documents, legal research, review of court orders | 5.0 | Duplicative, excessive, vague |
| | 8/5, 7, 16, 22, 24, 31 | Multiple conversations / meetings / discussions with co-counsel | 2.5 | Vague, excessive, unnecessary |
| 9/1/2017 | 8/9, 10 | Court appearance | 3.0 | Duplicative as co-counsel billed for same court appearance |

3

| | 8/29, 32, 33, 34, 35 | Work related to financial depositions of defendant officers | 4.9 | Unnecessary litigation as plaintiffs did not pursue punitive damages at trial; traded costs for punitive damages |
|---|---|---|---|---|
| 10/18/2017 | 9/14 | Court appearance | 1.1 | Duplicative as co-counsel billed for same court appearance |
| 10/27/2017 | 9/18 | Court appearance | 1.1 | Duplicative as co-counsel billed for same court appearance |
| 11/21/2017 | 9/32 | Court appearance | 1.0 | Duplicative as co-counsel billed for same court appearance |
| 11/30/2017 | 9/33 | Court appearance | 0.9 | Duplicative as co-counsel billed for same court appearance |
| | 9/1 -5, 7-10, 12-13, 15 | Work related to financial affidavits and depositions of defendant officers | 5.6 | Unnecessary litigation as plaintiffs did not pursue punitive damages at trial; traded costs for punitive damages |
| | 9/6, 17, 20, 29 | Review of documents, transcripts, rulings, records | 1.6 | Vague, duplicative, unnecessary |
| | 9/11, 21, 22, 34, 35 | Telephone calls, draft letters, review documents | 2.2 | Clerical / administrative; should be billed at paralegal rate |
| | 9/16, 19, 23, 27, 31, | Multiple conversations regarding case strategy with co-counsel | 1.1 | Vague, excessive, unnecessary |
| 1/10/2018 | 10/12 | Court appearance | 0.8 | Duplicative as co-counsel billed for the same court appearance |
| 12/1/2017 | 10/1 | Review letter received from anonymous witness regarding defendant Valentin | 0.3 | Vague; document never produced or disclosed in discovery |
| | 10/2, 4, 5 | Multiple discussions and communications with co-counsel | 0.3 | Vague, excessive, unnecessary |
| | 10/3, 6, 7, 8, 9 | Draft letters, telephone calls, office meetings | 1.9 | Clerical / administrative; should be billed at paralegal rate |
| | | **Disputed hours** | **101.7** | |
| | | **Hours that should be billed at paralegal rate** | **27.5** | |

4