DEFENDANTS' OBJECTIONS TO PARALEGAL FEES

| Date of Service | Paralegal / page # / Line # | Description | Hours | Basis for objection |
|---|---|---|---|---|
| 10/9/2015 | Hamilton 1/1 | Email from TH opening file | 0.1 | Appearance wasn't filed for TH until 1/20/2016 |
| 10/12/2015 | Hamilton 1/ 2 | Create trial file | 0.3 | Appearance wasn't filed for TH until 1/20/2016 |
| 7/25/2017 | Hamilton 1/ 5 | Review email | 0.1 | Vague, excessive, unnecessary |
| 9/9/2013 | Means 1/ 4, 6 | Telephone calls to Lecharn Lewis and Shawn Smith | 0.3 | Clients in separate case settled by counsel with each side bearing their own costs and fees |
| 1/31/2014 | Means 2/8 | Draft FOIA request to OEMC | 0.5 | Discovery violation as materials never produced; duplicative of hours billed by attorneys |
| 2/14/2014 | Means 2/10 | Send FOIA request to OEMC | 0.4 | Discovery violation as materials never produced; duplicative of hours billed by attorneys |
| 5/22/2013 | Kaliski 2/9, 10 | Telephone calls | 0.2 | Vague, unnecessary, excessive |
| 6/12/2013 | Kaliski 2/34 | Draft and send FOIA to Chicago Police Department | 0.5 | Discovery violation as materials never produced |
| 6/13/2013 | Kaliski 2/35 | Draft and send FOIA to LAPD | 0.3 | Discovery violation as materials never produced; duplicative of hours billed by attorneys |
| 6/20/2013 | Kaliski 2/41 | Draft and send FOIA to OEMC | 0.3 | Discovery violation as materials never produced; duplicative of hours billed by attorneys |
| 7/1/2013 | Kaliski 3/8 | Telephone conference with Shawn Smith | 0.1 | Witness was previously represented by counsel; witness was subject of multiple motions due to inability of defense to serve him for his deposition |
| 7/1/2013 | Kaliski 3/9 | Telephone conference with Lecharn Lewis | 0.1 | Witness was previously represented by counsel; witness was subject of multiple motions due to inability of |

| | | | | |
|---|---|---|---|---|
| | | | | defense to serve him for his deposition |
| 7/26/2013 | Kaliski 3/36 | Telephone conference with CPD Sgt. | 0.2 | Vague, unnecessary |
| 7/26/2013 | Kaliski 3/37 | Fax to ERPS | 0.1 | Vague, unnecessary |
| 7/26/2013 | Kaliski 3/38 | Review documents from IPRA | 1.3 | Vague |
| 7/29/2013 | Kaliski 3/ 40 | Schedule visit to ERPS | 0.3 | Vague |
| 8/23/2013 | Kaliski 4/24 | Telephone conference with Shawn Smith | 0.1 | Witness was previously represented by counsel; witness was subject of multiple motions due to inability of defense to serve him for his deposition |
| 8/23/2013 | Kaliski 4/25 | Telephone conference with Lecharn Lewis | 0.1 | Witness was previously represented by counsel; witness was subject of multiple motions due to inability of defense to serve him for his deposition |
| 8/27/2013 | Kaliski 4/29 | Telephone conference with Lecharn Lewis | 0.1 | Witness was previously represented by counsel; witness was subject of multiple motions due to inability of defense to serve him for his deposition |
| 8/29/2013 | Kaliski 4/32 | Locate settlement paperwork for Pleas case | 0.4 | Unrelated to the prosecution of this lawsuit; unnecessary |
| 9/16/2013 9/17/2013 9/18/2013 9/19/2013 9/23/2013 | Kaliski 4/36 – 37, 39, 41, 46 | Telephone calls with Lecharn Lewis and family | 0.5 | Witness was previously represented by counsel; witness was subject of multiple motions due to inability of defense to serve him for his deposition |
| 9/23/2013 | Kaliski 4/45 | Telephone call with Shawn Smith | 0.1 | Witness was previously represented by counsel; witness was subject of multiple motions due to inability of defense to serve him for his deposition |

| | | | | |
|---|---|---|---|---|
| 9/23/2013 9/24/2013 | Kaliski 5/1, 15 | Emails and meeting with Lecharn Lewis | 0.2 | Witness was previously represented by counsel; witness was subject of multiple motions due to inability of defense to serve him for his deposition |
| 9/24/2013 10/17/2013 | Kaliski 5/ 9, 29 | Phone calls with Shawn Smith | 0.2 | Witness was previously represented by counsel; witness was subject of multiple motions due to inability of defense to serve him for his deposition |
| 9/24/2013 | Kaliski 5/11 | Review documents regarding Keith Thornton | 0.3 | Vague; duplicative of attorney billing entries |
| 10/21/2013 | Kaliski 5 / 36 | Redact employment records for defendants | 0.8 | Vague entry |
| 11/1/2013 | Kaliski 5/37 | Draft and send letter to LAPD | 0.5 | Vague; documents never produced in discovery |
| 11/4/2013 | Kaliski 5/38 | Conference with Tyrone Jones | 0.1 | Witness was previously represented by counsel; witness was subject of multiple motions due to inability of defense to serve him for his deposition |
| 11/19/2013 | Kaliski 5/42 | Prepare Google maps | 1.8 | Duplicative of attorney billing entries |
| 2/13/2014 | Kaliski 6/26 | Review FOIA request results | 0.8 | Documents never produced in discovery |
| 10/9/2015 | Kaliski 7/23 | Draft FOIA request to LAPD | 0.5 | Documents never produced in discovery; duplicative of attorney billing entries |
| 10/13/2015 | Kaliski 7/25 | Draft motion to add appearance of Torreya Hamilton | 0.3 | Duplicative billing |