UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID D. WILBON, RICO M. WILBON, and GEORGE J. SMITH, ) ) ) | |
| Plaintiffs, ) ) | Case No. 12 C 1132 |
| v. ) ) | |
| SARAH MCDERMOTT, NOEL ESQUIVEL, MARK A. KUSHINER, JORGE CERDA, and CITY OF CHICAGO, ) ) ) ) ) ) | Magistrate Judge M. David Weisman |
| Defendants. ) | |

**FINAL ORDER AND JUDGMENT**

Plaintiffs, David D. Wilbon, Rico M. Wilbon, and George J. Smith, having filed a petition for attorneys' fees and costs pursuant to 42 U.S.C. § 1988 and this Court having duly considered the petition, the response of defendants Sarah McDermott, Mark A. Kushiner, Noel Esquivel, Jorge Cerda, and City of Chicago, and the reply of plaintiffs, and having issued a Memorandum Opinion and Order thereon on February 1, 2019 (Doc. 576).

Now, for the reasons set forth in said Memorandum Opinion and Order, the Court orders that a Final Order and Judgment be entered in favor of plaintiffs, David D. Wilbon, Rico M. Wilbon, and George J. Smith, and against defendants, Sarah McDermott, Mark A. Kushiner, Noel Esquivel, Jorge Cerda, and City of Chicago, in the total amount of $564,349.37 (comprised of $547,046.63 in fees, $17,138.54 in interest, and $164.20 in additional costs), with payment to be made as follows:

**Payable to the Law Offices of Irene K. Dymkar: $493,133.12**

Computed as follows:
| | |
|---|---|
| Irene K. Dymkar | $400,638.80 |
| Shamoyita M. DasGupta | $ 32,930.25 |
| Daniel Regenscheit (attorney) | $ 21,769.50 |
| Daniel Regenscheit (paralegal) | $ 1,490.63 |
| Amy Kaliski | $ 16,734.38 |
| Abigail Means | $ 4,593.75 |
| Interest | $ 14,975.81 |

**Payable to Hamilton Law Office, LLC: $71,216.31**
Computed as follows:
| | |
|---|---|
| Torreya L. Hamilton | $ 68,364.38 |
| Paralegals | $ 525.00 |
| Interest | $ 2,162.73 |
| Costs | $ 164.20 |

**SO ORDERED.**                     ENTERED: February 28, 2019

**M. David Weisman**
**United States Magistrate Judge**